■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELEIK WATERS, Also Known as KHALEIK WATERS, Appellant. [989 NYS2d 879]—Appeal by the defendant from a judgment of the County Court, Westchester County (Hubert, J.), rendered February 2, 2012, convicting him of attempted burglary in the second degree, criminal mischief in the fourth degree, and possession of burglar's tools, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the County Court abused its discretion in allegedly refusing to accept his plea of guilty and in failing to afford him the opportunity to enter an *Alford* plea (*see North Carolina v Alford*, 400 US 25 [1970]) is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, this contention is without merit, as the record demonstrates that the defendant unequivocally declined to enter a plea of guilty and never requested permission to enter an *Alford* plea.

The defendant's remaining contention is unpreserved for appellate review (*see People v Hurley*, 75 NY2d 887 [1990]; *People v Seymore*, 106 AD3d 1033, 1034 [2013]) and, in any event, without merit. Mastro, J.P., Dickerson, Cohen and Miller, JJ., concur.